

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-17-00142-CR

| | | |
|---|---|---|
| Erik Jonathan Carrasco | § | From County Criminal Court No. 8 |
| | § | of Tarrant County (1471572) |
| v. | § | January 4, 2018 |
| | § | Opinion by Justice Walker |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment and bill of costs. The trial court's judgment and bill of costs are modified to subtract the $100 emergency-services cost from the $487.10 total court costs assessed, leaving $387.10 in total court costs. It is ordered that the judgment and bill of costs of the trial court are affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Sue Walker
       Justice Sue Walker